Clyde DeWitt
  California State Bar No. 117911
  Nevada State Bar No. 9791
Law Offices of Clyde DeWitt,
  A Professional Corporation

2800 28th Street, Suite 321
Santa Monica, CA 90405-6201
(310) 392-2600

732 South Sixth Street, Suite 100
Las Vegas, NV 89101-6948
(702) 386-1756

E-Fax (310) 362-8667
*clydedewitt@earthlink.net*

Attorneys for Plaintiff TCR Holdings, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

**SOUTHERN DIVISION**

| | |
|---|---|
| TCR HOLDINGS, LLC, A Nevada Limited Liability Company and BRUCE KAHN, an individual,<br><br>        Plaintiffs,<br><br>v.<br><br>NYE COUNTY, NEVADA, a political subdivision of the State of Nevada,<br><br>        Defendant. | Case Number 2:09-CV-00433-JCM-GWF<br><br>Hon. James C. Mahan,<br>       United States District Judge<br><br>Hon. George W Foley, Jr.,<br>       United States Magistrate Judge<br><br>**JUDGMENT**<br><br>**[FED. R. CIV. PROC. 54]** |

---

**Page 1**

**PROPOSED JUDGMENT**
**[FED. R. CIV. PROC. 54]**

Attached hereto is a proposed judgment on the two of Plaintiffs' claims that were the subject of the court's March 22, 2010 order granting Plaintiffs' Motion for Partial Summary Judgment.

Dated: April 12, 2010.   Respectfully Submitted,

CLYDE DeWITT
LAW OFFICES OF CLYDE DeWITT, APC


By:   /s/ Clyde DeWitt
         Clyde DeWitt

Counsel for Plaintiffs, TRC Holdings, LLC and Bruce Kahn

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

SOUTHERN DIVISION

| | |
|---|---|
| TCR HOLDINGS, LLC, A Nevada Limited Liability Company and BRUCE KAHN, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>NYE COUNTY, NEVADA, a political subdivision of the State of Nevada,<br><br>    Defendant. | Case Number 2:09-CV-00433-JCM-GWF<br><br>Hon. James C. Mahan,<br>    United States District Judge<br><br>Hon. George W Foley, Jr.,<br>    United States Magistrate Judge<br><br>**JUDGMENT** |

This action came on for hearing before the Court, Hon. James C. Mahan, United States District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered, granting Plaintiffs' Motion for Summary Judgment on the following claims; and the court finding that there is no just reason for delaying the review of a judgment on fewer than all of the claims:

The Plaintiffs' First Claim for Relief seeking a declaratory judgment pursuant to 28 U.S.C. § 2201, *et seq.* that Nye County Code § 9.20.090.A, which states,

> "The application shall be made upon such forms as the Board may prescribe and shall contain at least the following information and minimal requirements for a license:

Page 1

1     "A. Evidence that applicant, or one applicant as defined in this Chapter,

2     is a bona fide resident of the State and has been so for six (6) months . . . ."

3 Violates the dormant Commerce Clause of the United States Constitution and the Plaintiffs'

4 second claim for relief seeking an injunction against enforcement of that provision. The two

5 claims enumerated above are severed from the remainder of the case pursuant to Rule 54(b)

6 of the Federal Rules of Civil Procedure and on those claims it is ORDERED and

7 ADJUDGED in favor of Plaintiffs TCR Holdings, LLC and Bruce Kahn and against

8 Defendant Nye County, Nevada as follows:

9     Pursuant to 28 U.S.C. § 2201, *et seq.* the court DECLARES that Nye County Code

10 § 9.20.090.A, which states,

11     "The application shall be made upon such forms as the Board may

12     prescribe and shall contain at least the following information and minimal

13     requirements for a license:

14     "A. Evidence that applicant, or one applicant as defined in this Chapter,

15     is a bona fide resident of the State and has been so for six (6) months . . . ."

16 Violates the dormant Commerce clause of the United States Constitution and, pursuant to 42

17 U.S.C. § 1983, Defendant Nye County, Nevada, its officers, agents, servants, employees, and

18 attorneys and other persons who are in active concert or participation with any of them ARE

19 PERMANENTLY ENJOINED from enforcing or threatening to enforce Nye County Code

20 § 9.20.090.A, above.

21     THIS IS A FINAL JUDGMENT AS TO THE ENUMERATED CLAIMS.

22     Signed this 16th day of April, 2010.

24                                                       UNITED STATES DISTRICT JUDGE