# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TRC Holdings, LLC; et al.,

           Plaintiffs-Appellees,

vs.

Nye County, Nevada,

           Defendant-Appellant.

District No.   2:09-cv-00433-JCM-GWF

U.S.C.A. No.   10-16127

### ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on Jul 28, 2010, issued its mandate that the appeal(s) is/are DISMISSED. The Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated this 17th day of August, 2010.

_____
James C. Mahan
United States District Judge