# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE KAHN,<br><br>          Plaintiff,<br><br>vs.<br><br>NYE COUNTY, NEVADA,<br><br>          Defendant. | Case No. 2:09-cv-00433-JCM-GWF<br>*(Consolidated with*<br>*2:09-cv-1098-RLH-PAL)*<br><br>**ORDER** |

This matter is before the Court on the Stipulation to stay proceedings and deadlines for 60 days (#125) granted on May 4, 2011 (#125). The parties advised the Court that a stay of all proceedings and deadlines for a period of 60 days would further settlement negotiations. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **July 22, 2011** advising the Court of the status of the settlement.

DATED this 12th day of July, 2011.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge