# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE KAHN, | Case No. 2:09-cv-00433-JCM-GWF |
| Plaintiff, | *(Consolidated with 2:09-cv-1098-RLH-PAL)* |
| vs. | **ORDER** |
| NYE COUNTY, NEVADA, | |
| Defendant. | |

**IT IS ORDERED** counsel for the parties shall file a status report by **October 7, 2011** advising the Court of the status of the settlement.

DATED this 27th day of September, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge